UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

KARA JO AIKENS,

        Plaintiff,                      Case No. 15-cv-10058

v                                          Honorable Thomas L. Ludington

SYNCHRONY FINANCIAL,

        Defendant.
_____/

## JUDGMENT

In accordance with the order granting in part Defendant's motion to dismiss entered on this date,

It is **ORDERED AND ADJUDGED** that judgment is granted in favor of Defendant and against Plaintiff.

It is further **ORDERED AND ADJUDGED** Plaintiff's complaint is dismissed without prejudice.

                                                   s/Thomas L. Ludington
                                                   THOMAS L. LUDINGTON
                                                   United States District Judge

Dated: August 31, 2015

---

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on August 31, 2015.

                                    s/Karri Sandusky
                                    Karri Sandusky, Acting Case Manager